Filing # 119730199 E-Filed 01/15/2021 03:32:21 PM

IN THE CIRCUIT COURT FOR POLK COUNTY, FLORIDA

WILHELMINA BELL,

    Plaintiff,

v.                                        Case No.:

NATIONAL RAILROAD PASSENGER
CORPORATION,
d/b/a Amtrak,

    Defendant.

_____/

## SUMMONS

**STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this law-suit on Defendant:

**National Railroad Passenger Corporation d/b/a Amtrak**
**c/o Eleanor D. Acheson**
**Chief Legal Officer, General Counsel & Corporate Secretary**
**National Railroad Passenger Corporation, d/b/a Amtrak**
**1 Massachusetts Avenue, NW**
**Washington, DC 20001**

## IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy

## IMPORTANTE

    Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe

2021CA-000126-0000-00        Received in Polk 01/15/2021 03:34 PM

presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

C. Robert Pickett, Esq./Of counsel for
Taylor & Associates, Attorneys at Law, P.L.
20 3rd Street SW, Suite 209
Winter Haven, FL 33880

01/19/2021
DATED this ____ day of _____, 2020



STACY M. BUTTERFIELD
CLERK OF THE COURT

By: _____
Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Polk County Courthouse, 255 N. Broadway Avenue, Bartow, FL 33830, (863) 534-4000, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

2021CA-000126-0000-00     Received in Polk 01/15/2021 03:34 PM

Filing # 119730199 E-Filed 01/15/2021 03:32:21 PM

IN THE CIRCUIT COURT FOR POLK COUNTY, FLORIDA

WILHELMINA BELL,

    Plaintiff,

v.                                                Case No.:

NATIONAL RAILROAD PASSENGER
CORPORATION,
d/b/a Amtrak,

    Defendant.
_____/

## NEGLIGNCE COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Wilhelmina Bell ("Passenger"), by her undersigned counsel, sues Defendant, National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak") and alleges:

1. This is an action for damages that exceed $30,000.00, exclusive of interest, costs, and attorney fees.

2. Venue is proper in Polk County, Florida, because the events that give rise to this action occurred there.

3. At all times material, Passenger was an adult resident of Polk County, Florida.

4. At all times material, Amtrak was a for-profit, foreign corporation with a principal office located in the District of Columbia. Amtrak provides passenger train service and conducts business, as part of its national operations, in Polk County, Florida.

5. On January 22, 2018, Passenger was a paid guest passenger, on-board a passenger train that was owned and operated by Amtrak. The train was stopped at the Amtrak station in Winter Haven, Florida, to discharge and receive passengers.

6. Amtrak owed a duty to its passengers to provide reasonably safe on-board and platform environments, procedures, equipment, and employees, agents, or contractors to protect

passengers from injury by falling while exiting the train to the platform. Further, Amtrak owed a duty to warn passengers of conditions that Amtrak knew or should have known, through the exercise of reasonable care, of fall injury hazards that passengers may encounter while exiting the train to the platform.

7. Amtrak breached its duty to Passenger by one or more of the following acts or omissions: (1) instructing Passenger to back down the train steps so she would not be able to see what was behind her on the platform ; (2) handing Passenger luggage to carry as she attempted to back down the train steps; (3) failing to properly place or secure an adequate step ladder on the platform for passenger use in exiting the train; (4) failing to warn Passenger that a step ladder had been placed behind her on the platform; and (3) failing to assist Passenger as she attempted to step down from the train to the platform.

8. As a direct and proximate result of Amtrak's negligence, Passenger suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Passenger will suffer the losses in the future.

9. All conditions precedent to Passenger bringing of this action have been performed, occurred, or been waived.

Wherefore, Wilhelmina Bell demands judgment for damages against Amtrak, and for the costs of bringing this action.

[Remainder of page intentionally blank.]

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable

Date: January 15, 2021                    Respectfully submitted,

/s/ C. Robert Pickett
C. Robert Pickett, Esq.
Florida Bar No. 00201820
TAYLOR & ASSOCIATES,
ATTORNEYS AT LAW, P.L.
20 3rd Street SW, Suite 209
Winter Haven, FL 33880
(863) 875-6950 (tel)
(863) 875-6955 (fax)
rpickett@taylorlawpl.com
efiling@taylorlawpl.com

*Counsel for Plaintiff*

3